IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PARNEET SINGH,

    Petitioner,

v.                                                                                                    No. 2:26-cv-0345 SMD/KRS

KRISTI NOEM, Secretary, U.S. Department
Of Homeland Security; PAMELA BONDI,
U.S. Attorney General; MARY DE ANDA-YBARRA,
Field Office Director of Enforcement and Removal
Operations, El Paso Field Office, Immigration and Customs
Enforcement; and DORA CASTRO, WARDEN,
Otero County Processing Center,

    Respondents.[1]

## ORDER TO ANSWER

Before the Court is Petitioner Parneet Singh's *pro se* Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) (Petition), filed on February 10, 2026. Petitioner is detained at the Otero County Processing Center in Chaparral, New Mexico. He states that he has been in immigration detention since November 19, 2025 and that his request for voluntary departure was denied by an immigration judge. (Doc. 1) at 3; 7. He asks the Court to order the Government to provide him a bond hearing, order his immediate release, or allow him to voluntarily depart the United States. *Id.* at 7.

---

[1] The opening pleading does not list any Respondents, so the Court adds the above-mentioned parties as Respondents in this case. *See Lowmaster v. Dir., Bureau of Prisons*, 2024 WL 5135970, at *1 (D. Kan. Dec. 17, 2024) ("the Court notes that it routinely substitutes the" proper parties as "respondent in habeas cases"); *Danderson v. Page*, 2024 WL 3913051, at *2 (E.D. Okla. Aug. 20, 2024) (substituting the proper party respondent in a habeas case).

Having conducted an initial review of the Petition, the Court will order Respondents to answer the Petition (Doc. 1). The Clerk's Office has electronically served the Petition on Respondents via CM/ECF. *See* (Doc. 2). The United States Attorney's Office (USAO) shall answer the Petition (Doc. 1) within 10 business days of entry of this Order and show cause why the requested relief should not be granted. *See* Habeas Rules 1(b), 4 (courts have discretion to set a time for respondents to answer a habeas petition). If the USAO declines to timely respond, the Court may enter a separate order granting a bond hearing or release from custody. Petitioner may file an optional reply within 10 business days after the answer brief is filed.

**IT IS ORDERED** that the USAO shall **ANSWER** the Petition (Doc. 1) within 10 business days of entry of this Order and show cause why the requested relief should not be granted. Petitioner may file an optional reply within 10 business days after the response is filed.

**IT IS FURTHER ORDERED** that the Clerk's Office shall **UPDATE** the case caption to match the party Respondents added/substituted via this Order.

_____
SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE